```
FILING FEE
PAID $75
Pro hac
Vice FLS000003187
Steven M. Larimore, Clerk
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.                                  Case no.: 12-cv-61390

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
a Maryland corporation,
and BELL, LLC,
a Florida limited liability company,

    Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher L. Dore of the law firm of Edelson McGuire, LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, (312) 589-6370, for purposes of appearance as co-counsel on behalf of Plaintiff, Carlos Cabrera in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christopher L. Dore to receive electronic filings in this case, and in support thereof states as follows:

    1.      Christopher L. Dore is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois Supreme Court.

2. Movant, Scott D. Owens, Esquire, of the law firm of the Law Office of Scott D. Owens, Esq., is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Christopher L. Dore has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Christopher L. Dore, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Christopher L. Dore at email address as cdore@edelson.com.

WHEREFORE, Scott D. Owens, moves this Court to enter an Order Christopher L. Dore, to appear before this Court on behalf of Plaintiff Carlos Cabrera, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Christopher L. Dore.

Date: October 16, 2012	Respectfully submitted,

_____
Scott D. Owens, Esq.
Florida ID # 0597651
Law Office of Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone: 954-589-0588
Fax: 954-337-0666

Case No.:12-cv-61390

## SERVICE LIST

**John Patrick Marino**
Fowler White Boggs
50 N Laura Street
Suite 2800
Jacksonville, FL 32202
904-598-3100
Fax: 598-3131
Email: jmarino@fowlerwhite.com

**David Palmer Hartnett**
Hinshaw & Culbertson
9155 S Dadeland Boulevard
Suite 1600 PO Box 569009
Miami, FL 33256-9009
305-358-7747
Fax: 577-1063
Email: dhartnett@hinshawlaw.com

**via email only**

**Benjamin P. Richman**
brichman@edelson.com

**Christopher L. Dore**
cdore@edelson.com

**Rafey S. Balabanian**
rbalabanian@edelson.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CARLOS CABRERA, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

                              Case no.: 12-cv-61390

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
a Maryland corporation,
and BELL, LLC,
a Florida limited liability company,

    Defendants.
_____/

**CERTIFICATION OF CHRISTOPHER L. DORE**

    Christopher L. Dore, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois State Bar and the Supreme Court of Illinois.

                                                                          */s/ Christopher L. Dore*
                                                                          Christopher L. Dore

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing was served by electronic mail, on October 16, 2012, on all counsel or parties of record on the service list.

_____
Scott D. Owens

Case No.:12-cv-61390

## SERVICE LIST

**John Patrick Marino**
Fowler White Boggs
50 N Laura Street
Suite 2800
Jacksonville, FL 32202
904-598-3100
Fax: 598-3131
Email: jmarino@fowlerwhite.com

**David Palmer Hartnett**
Hinshaw &Culbertson
9155 S Dadeland Boulevard
Suite 1600 PO Box 569009
Miami, FL 33256-9009
305-358-7747
Fax: 577-1063
Email: dhartnett@hinshawlaw.com

**via email only**

**Benjamin P. Richman**
brichman@edelson.com

**Christopher L. Dore**
cdore@edelson.com

**Rafey S. Balabanian**
rbalabanian@edelson.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CARLOS CABRERA, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.                                                                           Case no.: 12-cv-61390

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
a Maryland corporation,
and BELL, LLC,
a Florida limited liability company,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Christopher L. Dore, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is herby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Christopher L. Dore, may appear and participate in this action on behalf of Plaintiff, Carlos Cabrera. The Clerk shall provide electronic notification of all electronic filings to Christopher L. Dore, at cdore@edelson.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of _____ .

_____

_____

United States District Judge

Copies furnished to:
All Counsel of Record