

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually, and on
behalf of all others similarly situated,

    Plaintiff,

Case no.: 12-cv-61390

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
a Maryland corporation,
and BELL, LLC,
a Florida limited liability company,

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Rafey S. Balabanian of the law firm of Edelson McGuire, LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, (312) 589-6370, for purposes of appearance as co-counsel on behalf of Plaintiff, Carlos Cabrera in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Rafey S. Balabanian to receive electronic filings in this case, and in support thereof states as follows:

    1.    Rafey S. Balabanian is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois Supreme Court.

2. Movant, Scott D. Owens, Esquire, of the law firm of the Law Office of Scott D. Owens, Esq., is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Rafey S. Balabanian has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Rafey S. Balabanian, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Rafey S. Balabanian at email address as rbalabanian@edelson.com.

WHEREFORE, Scott D. Owens, moves this Court to enter an Order Rafey S. Balabanian, to appear before this Court on behalf of Plaintiff Carlos Cabrera, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Rafey S. Balabanian.

Date: October 16, 2012                     Respectfully submitted,

*[signature]*

Scott D. Owens, Esq.
Florida ID # 0597651
Law Office of Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Phone: 954-589-0588
Fax: 954-337-0666

## SERVICE LIST

**John Patrick Marino**
Fowler White Boggs
50 N Laura Street
Suite 2800
Jacksonville, FL 32202
904-598-3100
Fax: 598-3131
Email: jmarino@fowlerwhite.com

**David Palmer Hartnett**
Hinshaw &Culbertson
9155 S Dadeland Boulevard
Suite 1600 PO Box 569009
Miami, FL 33256-9009
305-358-7747
Fax: 577-1063
Email: dhartnett@hinshawlaw.com

**via email only**

**Benjamin P. Richman**
brichman@edelson.com

**Christopher L. Dore**
cdore@edelson.com

**Rafey S. Balabanian**
rbalabanian@edelson.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

                              Case no.: 12-cv-61390

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
a Maryland corporation,
and BELL, LLC,
a Florida limited liability company,

    Defendants.
_____/

## CERTIFICATION OF RAFEY S. BALABANIAN

Rafey S. Balabanian, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois State Bar and the Supreme Court of Illinois.

                                                                  _____
                                                                  Rafey S. Balabanian

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing was served by electronic mail, on October 16, 2012, on all counsel or parties of record on the service list.

_____
Scott D. Owens

Case No.:12-cv-61390

## SERVICE LIST

**John Patrick Marino**
Fowler White Boggs
50 N Laura Street
Suite 2800
Jacksonville, FL 32202
904-598-3100
Fax: 598-3131
Email: jmarino@fowlerwhite.com

**David Palmer Hartnett**
Hinshaw &Culbertson
9155 S Dadeland Boulevard
Suite 1600 PO Box 569009
Miami, FL 33256-9009
305-358-7747
Fax: 577-1063
Email: dhartnett@hinshawlaw.com

**via email only**

**Benjamin P. Richman**
brichman@edelson.com

**Christopher L. Dore**
cdore@edelson.com

**Rafey S. Balabanian**
rbalabanian@edelson.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually, and on
behalf of all others similarly situated,

       Plaintiff,

                                            Case no.: 12-cv-61390

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,
a Maryland corporation,
and BELL, LLC,
a Florida limited liability company,

       Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

      THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Rafey S. Balabanian, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is herby

      ORDERED AND ADJUDGED that:

      The Motion is GRANTED. Rafey S. Balabanian, may appear and participate in this action on behalf of Plaintiff, Carlos Cabrera. The Clerk shall provide electronic notification of all electronic filings to Rafey S. Balabanian, at rbalabanian@edelson.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____ .

_____

_____
United States District Judge

Copies furnished to:
All Counsel of Record