UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-CV-61390-WILLIAMS

CARLOS CABRERA, individually
and all others similarly situated,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

    Defendants.
_____/

## ORDER EXTENDING SCHEDULING DEADLINES

THIS MATTER is before the Court upon Plaintiff Carlos Cabrera's Unopposed Motion to Amend Scheduling Deadlines [D.E. 38]. The Court being duly advised in the premises, it is hereby **ORDERED AND ADJUDGED:**

1. Plaintiff's Motion [D.E. 38] is granted.

2. The previous deadline for Plaintiff to move for class certification and the Parties' expert discovery deadlines, as set forth in the Court's November 27, 2012, Scheduling Order [D.E. 23], are hereby stricken.

3. The following amended deadlines shall control:

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Deadline for Plaintiff to disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(2) | June 24, 2013 | July 24, 2013 |
| Deadline for Plaintiff to move for class certification | July 1, 2013 | August 30, 2013 |

| Deadline for Defendant to disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(2) | **August 12, 2013** | **September 11, 2013** |
|---|---|---|
| Deadline for Parties to exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(2) | **September 30, 2013** | **October 30, 2013** |

DONE AND ORDERED in Chambers in Miami, Florida, this 1st day of July, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE