UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 12-cv-61390-WILLIAMS/SELTZER

CARLOS CABRERA, individually and on behalf of
all others similarly situated,

    *Plaintiff*,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation, and BELL,
LLC, a Florida corporation,

    *Defendants*.
_____/

### [PROPOSED] ORDER

This matter came before the Court on the Parties' Agreed Motion for Extension of Time to File Additional Briefing and Respond to Motion for Class Certification (the "Motion"), due and adequate notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED:**

A. The Motion is granted.

B. The deadline for Plaintiff to file any additional briefing in support of class certification is extended through and including September 6, 2013.

C. The deadline for Defendants to respond to Plaintiff's Motion for Class Certification is extended through and including October 7, 2013.

D. The deadline for Plaintiff to reply in support of the Motion for Class Certification shall remain October 21, 2013.

DONE and ORDERED in Chambers, in Ft. Lauderdale, Florida, this _____ day of August, 2013.

_____
Honorable Kathleen M. Williams
United States District Judge

Copies to: Counsel of record.