UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-61390-WILLIAMS/SELTZER

CARLOS CABRERA, individually and on behalf
of a class of all others similarly situated,

 *Plaintiff*,

       v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation, and BELL,
LLC, a Florida corporation,

 *Defendants*.
_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION (DKT. 40)

**PLEASE TAKE NOTICE THAT** Plaintiff Carlos Cabrera, by and through his undersigned counsel, hereby withdraws his pending motion for class certification (Dkt. 40) (the "Motion"), without prejudice.

On July 22, 2013, Plaintiff filed the Motion and requested that the Court reserve ruling on it until after the completion of certain outstanding discovery and the filing of briefing in support of class certification. (*Id*.) By Stipulation and Court Order, Plaintiff's deadline to file such additional briefing has been set as September 6, 2013. (Dkt. 63.)

Plaintiff intends to file a supplemental motion and memorandum of law in support of class certification no later than his September 6th deadline to do so and for that reason, now withdraws his original Motion. (Dkt. 40.) The withdrawal of the Motion will not delay these proceedings or otherwise prejudice Defendants inasmuch as no opposition or other briefing in response to the Motion has been filed, and the Court has yet to issue a ruling on the Motion.

Respectfully submitted,

**CARLOS CABRERA**, individually and on behalf of all others similarly situated,

Dated: September 6, 2013    By:    /s/ Scott D. Owens
               One of Plaintiff's Attorneys

Scott D. Owens (Fla. Bar No. 0597651)
LAW OFFICE OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Boulevard
Hallandale, Florida 33009
Scott@ScottDOwens.com

Rafey S. Balabanian
Christopher L. Dore
Benjamin H. Richman
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
rbalabanian@edelson.com
cdore@edelson.com
brichman@edelson.com

Bret Leon Lusskin , Jr.
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste. 106
Hallandale Beach, FL 33009
Tel:  954-454-5841
Fax: 954-454-5844

## CERTIFICATE OF SERVICE

      I, Scott D. Owens, an attorney, hereby certify that on September 6, 2013, I served the above and foregoing *Plaintiff's Notice of Withdrawal of Motion for Class Certification (Dkt. 40)*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 6th day of September 2013.

                                                    /s/ Scott D. Owens