# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 12-cv-61390-WILLIAMS/SELTZER

CARLOS CABRERA, individually and on behalf
of a class of all others similarly situated,

     *Plaintiff,*

          v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation, and BELL,
LLC, a Florida corporation,

     *Defendants.*

_____/

### DECLARATION OF CARLOS CABRERA

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1.     I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2.     I am the named plaintiff in the above-captioned matter.

3.     In May 2010, a vehicle registered in my name was involved in a collision in Florida.

4.     Months after the accident, I began receiving numerous phone calls that featured a prerecorded message directing me to call a telephone number that I later learned belonged to Defendant Bell, LLC ("Bell"), which was calling about a debt I purportedly owed.

5.     At points, I was even called more than once per day. All told, in the eight-month period from January to August 2011, I received more than 120 such calls.

6.     Each call included the same prerecorded message stating that I needed to contact Bell at a specified telephone number. Once the prerecorded message finished playing, the call was disconnected. At no time was I ever given the opportunity to connect to a live representative.

7.      I never provided my telephone number to either Bell or GEICO, nor did I consent to receive calls from them or on their behalf. Likewise, I did not give any other person or entity permission to provide my telephone number to Bell or GEICO, or to give consent on my behalf to receive calls from or on behalf of Defendants.

8.      I brought this class action lawsuit to put an end to Defendants' improper calling practices and to obtain the relief to which the proposed class and I are entitled.

9.      I have been actively engaged in the litigation of this matter throughout its pendency and have been at all times been willing to devote the time and other resources to appropriately represent both myself and the proposed class members in this case.

10.     In particular, I am in regular communication with my counsel in person, telephonically and via e-mail regarding this matter, my experiences with the phone calls and parties in question, and my views of the claims at issue. I have also reviewed numerous documents in this matter, including, but not limited to, the complaint and responses to various written discovery requests. Additionally, I am currently scheduled to sit for a deposition in this case in Tampa, Florida, on September 10, 2013.

11.     I remain ready and willing to dedicate such additional time and resources as are necessary to see this litigation through any additional motion practice, discovery, trial and any appeals.

*                         *                         *

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5 day of September 2013 at Hallandale Florida.

_____
Carlos Cabrera

2