UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-61390-WILLIAMS/SELTZER

CARLOS CABRERA, individually and on behalf
of a class of all others similarly situated,

    *Plaintiff*,

             v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation, and BELL,
LLC, a Florida corporation,

    *Defendants*.
_____/

## NOTICE OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

TO:    See attached certificate of service.

**PLEASE TAKE NOTICE** that on September 6, 2013, undersigned counsel caused to be filed with the Clerk of the Court *Plaintiff's Administrative Motion for Leave to File Documents Under Seal*, a copy of which is attached and hereby served upon you.

          *          *          *

                                          **CARLOS CABRERA**, individually and on behalf of
                                          all others similarly situated,

Dated: September 6, 2013                  By:    /s/ Scott D. Owens
                                                        One of Plaintiff's Attorneys

Scott D. Owens (Fla. Bar No. 0597651)
LAW OFFICE OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Boulevard
Hallandale, Florida 33009
Scott@ScottDOwens.com

1

Rafey S. Balabanian
Christopher L. Dore
Benjamin H. Richman
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
rbalabanian@edelson.com
cdore@edelson.com
brichman@edelson.com

Bret Leon Lusskin , Jr.
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste. 106
Hallandale Beach, FL 33009
Tel:  954-454-5841
Fax: 954-454-5844

## **CERTIFICATE OF SERVICE**

I, Scott D. Owens, an attorney, hereby certify that on September 6, 2013, I caused the above and foregoing *Notice of Administrative Motion to File Documents Under Seal*, to be served by causing true and accurate copies of such paper to be placed in postage prepaid envelopes, addressed to the persons shown below, and depositing such envelopes in the United States Mailbox located at xxxx.

Edward K. Cottrell
John P. Marino
Lindsey R. Trowell
Smith Gambrell Russell
50 N Laura Street
Suite 2600
Jacksonville, FL 32202

*Attorneys for Defendant Government Employees Insurance Co.*


Barbara Fernandez
David P. Hartnett
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134

*Attorneys for Defendant Bell, LLC*

                                                                         /s/ Scott D. Owens