UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-CV-61390-WILLIAMS

CARLOS CABRERA, individually
and all others similarly situated,

        Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

        Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to File Documents Under Seal [D.E. 67]. Plaintiff's Motion is GRANTED. All portions of Plaintiff's Motion and Memorandum in Support of Class Certification designated as Confidential pursuant to the Protective Order in this matter [D.E. 35], as well as all supporting exhibits so designated, shall be filed under seal.

DONE AND ORDERED in Chambers in Miami, Florida, this 10 day of September, 2013.

                              KATHLEEN M. WILLIAMS
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record