UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-61390 WILLIAMS

CARLOS CABRERA, individually and on
behalf of all others similarly situated,,

        Plaintiffs,

vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a MARYLAND
CORPORATION, and BELL, LLC, a Florida
limited liability company,,

        Defendant.
_____/

## DEFENDANTS' JOINT REQUEST FOR ORAL ARGUMENT

Defendants, BELL, LLC and GOVERNMENT EMPLOYEES INSURANCE COMPANY ("GEICO"), by and through undersigned counsel, pursuant to Local Rule 7.1(b)(2), hereby request this Court for an oral argument on Plaintiff's Combined Motion and Memorandum of Law in Support of Class Certification [DE 66] and Defendants BELL and GEICO's Responses in opposition to class certification [DE 75 & 76], and as its reasons in support states the following:

1.    Plaintiff's Combined Motion and Defendants' Responses in opposition address complex issues regarding class certification and the rigorous analysis required under Federal Rule of Civil Procedure 23.

2.    Defendants BELL and GEICO submit that oral argument is expected to assist the Court regarding the parties' respective positions as it pertains to the application of the law in this area.

3. Defendants request sixty (60) minutes in which to present arguments on the issues raised in Plaintiff's Combined Motion and Defendants' Responses, particularly since there are two Defendants who have filed separate responses and will each need an opportunity to argue.

WHEREFORE, Defendants respectfully request this Honorable Court grant oral argument for sixty (60) minutes on Plaintiff's Combined Motion and Memorandum of Law in Support of Class Certification [DE 66] and Defendants BELL and GEICO's Responses in opposition to class certification [DE 75 & 76].

| | |
|---|---|
| *s/John P. Marino* | *s/Barbara Fernandez* |
| John P. Marino, Esq. | David P. Hartnett |
| Edward Cottrell, Esq. | Florida Bar No. 946631 |
| Lindsey R. Trowell, Esq. | dhartnett@hinshawlaw.com |
| Smith, Gambrell, Russell, LLP | Barbara Fernandez |
| 50 N. Laura Street - Suite 2600 | Florida Bar No. 493767 |
| Jacksonville, FL 32202 | bfernandez@hinshawlaw.com |
| jmarino@sgrlaw.com | Hinshaw & Culbertson LLP |
| ecottrell@sgrlaw.com | 2525 Ponce de Leon Boulevard |
| ltrowell@sgrlaw.com | 4th Floor |
| COUNSEL FOR DEFENDANT, GEICO | Coral Gables, Florida 33134 |
| | Tel. No. 305-358-7747 |
| | Fax No. 305-577-1063 |
| | Attorneys for Bell, LLC |

Case No. 12-CV-61390 WILLIAMS/SELTZER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2013, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day, in the manner specified below, on all counsel of record identified on the attached Service List.

| | |
|---|---|
| John P. Marino, Esq.<br>Edward Cottrell, Esq.<br>Lindsey R. Trowell, Esq.<br>Smith, Gambrell, Russell, LLP<br>50 N. Laura Street - Suite 2600<br>Jacksonville, FL 32202<br>jmarino@sgrlaw.com<br>ecottrell@sgrlaw.com<br>ltrowell@sgrlaw.com<br>COUNSEL FOR DEFENDANT, GEICO | Scott D. Owens, Esquire<br>Law Offices of Scott D. Owens, Esq.<br>664 East Hallandale Beach Blvd.<br>Hallandale, FL<br>Phone: (954) 589-0588<br>E-Mail: scott@scottdowens.com<br>COUNSEL FOR PLAINTIFF |
| Rafey S. Balabanian, Esq.<br>Benjamin Richman, Esq.<br>Christopher L. Dore, Esq.<br>Edelson McGuire LLC<br>350 North LaSalle Street - Suite 1300<br>Chicago, IL 60654<br>Phone: 312-589-6370<br>rbalabanian@edelson.com<br>brichman@edelson.com<br>cdore@edelson.com<br>COUNSEL FOR PLAINTIFF | Brett L. Lusskin, Esquire<br>blusskin@lusskinlaw.com<br>1001 N. Federal Highway<br>Suite 106<br>Hallandale, FL 33009<br>Phone: (954) 454-5841<br>Fax: (954) 454-5844<br>COUNSEL FOR PLAINTIFF |

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 493767

3

14878248v1  0938497