UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61390-CIV-WILLIAMS

CARLOS CABRERA,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## ORDER STRIKING BRIEF

**THIS MATTER** is before the Court upon Plaintiff's Unopposed Motion for Leave to File Reply with Excess Pages (DE 82) and Plaintiff's Combined Reply and Memorandum of Law in Support of Motion for Class Certification (DE 83), filed on October 21, 2013. In its Order dated October 8, 2013, the Court stated that Local Rule 7.1(c)(2) requires *prior* permission of the Court to file an over-length brief and that "**any future over-length brief that is filed by any party for which the Court has not granted leave to exceed the page limit will be stricken by the Court.**"

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File Reply with Excess Pages (DE 82) is **DENIED** and Plaintiff's Combined Reply and Memorandum of Law in Support of Motion for Class Certification (DE 83) is **STRICKEN** for exceeding the page limit. Plaintiff may re-file a Reply brief that complies with the page limit and all other Local Rules and Federal Rules of Civil Procedure, by October 25, 2013.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of October, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE