UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CARLOS CABRERA, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, a Maryland
corporation, and BELL, LLC, a Florida
limited liability company,

    Defendants.
_____/

**CLASS ACTION**

**CASE NO.: 12-cv-61390-KMW**

## Mediator's Interim Report to Court

Please be advised that the above styled case was mediated on November 13, 2013.

While the case was not resolved, non-binding progress was made sufficient to encourage the continued engagement of the mediation process.

Please consider this as an "interim" report, and I will file a final report upon conclusion of our efforts.

    Respectfully submitted,

    */s/ Rodney A. Max*

    Rodney A. Max

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via email on this 14th day of November, 2013, to the following:

Jay Edelson, Esquire
Rafey S. Balabanian, Esquire
Benjamin H. Richman, Esquire
Chrisopher Dore, Esquire
Edelson LLC
350 North LaSalle Street Suite 1300
Chicago, IL 60604
312-589-6375 / 312-589-6378
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
cdore@edelson.com

Scott D. Owens, Esquire
Law Office of Scott D. Owens
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
954-589-0588
scott@scottdowens.com

Brett L. Lusskin, Esquire
1001 North Federal Highway
Suite 106
Hallandale Beach, FL 33009
954-454-5841
blusskin@lusskinlaw.com

John P. Marino, Esquire
Lindsey R. Trowell, Esquire
E. K. Cottrell, Esquire
Smith Gambrell Russell, LLP
50 N. Laura Street Suite 2600
Jacksonville, FL 32202
904-598-6104 / 904-598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
ecottrell@sgrlaw.com

David P. Hartnett, Esquire
Barbara Fernandez, Esquire
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Boulevard, 4th Floor
Miami, FL 33134
305-358-7747 / 305-577-1063
dhartnett@hinshawlaw.com
bfernandez@hinshawlaw.com

_____
RODNEY A. MAX