## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

**CLASS ACTION**

          Plaintiff,

**CASE NO.: 12-cv-61390-KMW**

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

          Defendants.

_____/

## JOINT MOTION AND SUPPORTING MEMORANDUM
## TO EXTEND DISPOSITIVE MOTIONS DEADLINE

Plaintiff, Carlos Cabrera, and Defendants, Government Employees Insurance Company and Bell, LLC (collectively, the "Parties"), jointly move the Court to extend the deadline to file dispositive pre-trial motions and memoranda of law (the "Dispositive Motions Deadline") through January 24, 2014. The Parties state as follows in support of this agreed motion:

1.      The current Dispositive Motions Deadline under the Court's November 27, 2012 Scheduling Order (Dkt. 23) is December 16, 2013.

2.      Plaintiff's Motion for Class Certification was filed on September 6, 2013 (Dkt. 66). Defendants' Oppositions to Class Certification were filed on October 7, 2013 (Dkts. 75 and 76), and Plaintiff's reply was filed on October 25, 2013 (Dkt. 88). Accordingly, the class issue is fully briefed and remains pending before the Court.

3.      The Parties agree that the Court's ruling(s) on class certification may affect the potential grounds for the dispositive motions that they may file.

4.      Moreover, an initial mediation conference was held on November 13, 2013.  As indicated in the Mediator's Interim Report to Court (Dkt. 90), mediation efforts remain ongoing. Thus, the Parties have conferred and agreed that a modest extension of the dispositive motion deadline will allow them to focus their efforts and resources on the potential resolution of this matter through mediation, without the need to simultaneously litigate potentially dispositive issues.

5.      The requested extension will not delay this case or prejudice any party.

6.      Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit "A" to this motion.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . ." Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings for good cause. *See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

For the reasons described above, good cause exists for, and no party will be prejudiced by, the requested extension.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the Parties have conferred regarding the extension requested by this motion.  All Parties agree to and jointly request the extension.

WHEREFORE, the Parties respectfully request that the Dispositive Motions Deadline be extended through January 24, 2014, together with such further relief as the Court deems proper.

Respectfully submitted,

*/s/ John P. Marino*
John P. Marino (FBN 814539)
EMAIL:  jmarino@fowlerwhite.com
Edward K. Cottrell (FBN 013579)
EMAIL:  ecottrell@fowlerwhite.com
Lindsey R. Trowell  (FNB 678783)
EMAIL:  lindsey.trowell@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
50 N. Laura Street, Suite 2800
Jacksonville, FL  32202
Telephone:   904-598-3100
Facsimile:   904-598-3131

Attorneys for Defendant, Government Employees Insurance Company

*s/ David P. Hartnett*
David P. Hartnett, Esq. (FBN: 946631)
EMAIL:  dhartnett@hinshawlaw.com
Barbara Fernandez (FBN: 493767)
EMAIL:  bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, Florida  33134
Phone:  (305)  358-7747
Fax:  (305)  577-1063

Attorneys for Defendant Bell, LLC

*/s/ Scott D. Owens*
Scott D. Owens
LAW OFFICE OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel.: 954.589.0588
don@scottdowens.com

3

Rafey S. Balabanian (*Pro Hac Vice*)
Benjamin H. Richman (*Pro Hac Vice*)
Christopher L. Dore (*Pro Hac Vice*)
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel.:  312.589.6370
Fax.: 312.589-6378
rbalabanian@edelson.com
brichman@edelson.com
cdore@edelson.com

Bret Leon Lusskin, Jr.
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste 106
Hallandale Beach, FL 33009
Tel.: 954.454.5841
blusskin@lusskinlaw.com

Attorneys for Plaintiff Carlos Cabrera

## CERTIFICATE OF SERVICE

I certify that on December 10, 2013, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system, which will provide service to:

Scott D. Owens, Esq.
Law Office of Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
don@scottdowens.com

David P. Hartnett, Esq.
Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
2525 Ponce deLeon Blvd., 4th Floor
Coral Gables, FL  33134
dhartnett@hinshawlaw.com
bfernandez@hinshawlaw.com

Rafey S. Balabanian, Esq.
Benjamin H. Richman, Esq.
Christopher L. Dore, Esq.
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
rbalabanian@edelson.com
brichman@edelson.com
cdore@edelson.com

Brett L. Luskin, Esq.
1001 North Federal Hwy., Suite 106
Hallandale Beach, FL 33009
blusskin@lusskinlaw.com

*/s/ John P. Marino*
Attorney

# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

      **CLASS ACTION**

    Plaintiff,      **CASE NO.: 12-cv-61390-KMW**

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

    Defendants.

_____/

### ORDER GRANTING JOINT MOTION TO
### EXTEND DISPOSITIVE MOTIONS DEADLINE

   This matter came before the Court on the Parties' Joint Motion to Extend Dispositive Motions Deadline (the "Motion"). The Court being fully advised in the premises, it is

   **ORDERED:**

   A.  The Motion is granted.

   B.  The deadline for the filing of pre-trial dispositive motions and memoranda of law is extended through January 24, 2014.

   DONE and ORDERED in Chambers, in Miami, Florida, this _____ day of December, 2013.

            _____

            Honorable Kathleen M. Williams

Copies to: Counsel of record.