UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61390-CIV-WILLIAMS

CARLOS CABRERA,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** is before the Court on the Parties' Joint Motion to Extend Dispositive Motions Deadline (DE 91). Upon review of the record and the Parties' Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The dispositive motions deadline is extended through January 24, 2014.

**DONE AND ORDERED** in chambers in Miami, Florida, this 10 day of December, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE