UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

        Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

        Defendants.
_____/

**CLASS ACTION**

**CASE NO.: 12-cv-61390-KMW**

## JOINT MOTION AND SUPPORTING MEMORANDUM
## TO EXTEND DISPOSITIVE MOTIONS AND TRIAL-RELATED DEADLINES

    Plaintiff, Carlos Cabrera, and Defendants, Government Employees Insurance Company and Bell, LLC (collectively, the "Parties"), jointly move the Court to extend the deadline to file dispositive pre-trial motions and memoranda of law (the "Dispositive Motions Deadline") and trial-related deadlines by approximately sixty (60) days. In support of the instant motion, the Parties state as follows:

    1.    Pursuant to the Court's December 10, 2013 Order, the current Dispositive Motions Deadline is January 24, 2014. (Dkt. 91.)

    2.    Pursuant to the Court's November 26, 2012 Scheduling Order, the action's jury trial is set for May 5, 2014, with Motions in Limine and a Pretrial Stipulation due by April 7, 2014, and a Calendar Call set for April 29, 2014. (Dkt. 23.)

    3.    Moreover, Plaintiff filed his Motion for Class Certification on September 6, 2013. (Dkt. 66.) Defendants thereafter filed their Oppositions to Class Certification on October 7, 2013

(Dkts. 75, 76), and Plaintiff filed his reply on October 25, 2013. (Dkt. 88.) Accordingly, the issue of class certification is fully briefed and remains pending before the Court.

4. The Parties agree that the Court's ruling(s) on class certification may affect the potential grounds for the dispositive motions that they may file.

5. Further and in accordance with the Mediation Report filed on November 14, 2013 (Dkt. 90), the Parties are in the process of scheduling a second private mediation session with mediator Rodney A. Max to proceed in the third or fourth week of February 2014.

6. In light of the foregoing, the Parties have conferred and agreed that an extension of the Dispositive Motion Deadline and trial-related deadlines will allow them to focus their efforts and resources on the potential resolution of this matter through a second mediation, without the need to simultaneously litigate potentially dispositive issues.

7. The requested extension will not unnecessarily delay this case or prejudice any party.

8. In light of the foregoing, the Parties propose the following revised schedule:

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
| --- | --- | --- |
| *Deadline to File Dispositive Motions* | January 24, 2014 | March 25, 2014 |
| *Deadline to File In Limine Motions* | April 7, 2014 | June 6, 2014 |
| *Deadline to File Pretrial Stipulation* | April 7, 2014 | June 6, 2014 |
| *Calendar Call* | April 29, 2014 | July 8, 2014 |
| *Jury Trial to Begin* | May 5, 2014 | July 14, 2014 |

9. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit 1 to this motion.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ." Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings for good cause. *See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

For the reasons described above, good cause exists for, and no party will be prejudiced by, the requested extension.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the Parties have conferred regarding the extension requested by this motion. All Parties agree to and jointly request the extension.

WHEREFORE, the Parties respectfully request that the Dispositive Motions Deadline and trial-related deadlines be extended by approximately sixty (60) days, together with such other and further relief as the Court deems proper.

Respectfully submitted,

*/s/ Scott D. Owens*

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

Tel: 312.589.6370
Fax: 312.589.6378

Scott D. Owens
scott@scottdowens.com
LAW OFFICE OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel: 954.589.0588

Bret Leon Lusskin, Jr.
blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste 106
Hallandale Beach, FL 33009
Tel: 954.454.5841

*Attorneys for Plaintiff Carlos Cabrera*


*/s/ John P. Marino*

John P. Marino (FBN 814539)
EMAIL:  jmarino@fowlerwhite.com
Edward K. Cottrell (FBN 013579)
EMAIL:  ecottrell@fowlerwhite.com
Lindsey R. Trowell  (FNB 678783)
EMAIL:  lindsey.trowell@fowlerwhite.com
SMITH, GAMBRELL & RUSSELL, LLP.
50 N. Laura Street, Suite 2600
Jacksonville, FL  32202
Telephone:   904-598-6100
Facsimile:    904-598-6300

*Attorneys for Defendant, Government Employees Insurance Company*


*/s/ David P. Hartnett, Esq.*

David P. Hartnett, Esq. (FBN: 946631)
dhartnett@hinshawlaw.com
Barbara Fernandez (FBN: 493767)
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Boulevard, 4th Floor

4

Coral Gables, Florida  33134
Tel: 305.358.7747
Fax: 305.577.1063

*Attorneys for Defendant Bell, LLC*

### **CERTIFICATE OF SERVICE**

I certify that on January 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF System.

*/s/ Scott D. Owens*
SCOTT D. OWENS, Esq.