UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61390-CIV-WILLIAMS

CARLOS CABRERA,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, *et al.*,

    Defendants.    /

## ORDER RE-SETTING PRE-TRIAL AND TRIAL SCHEDULE

**THIS MATTER** is before the Court on the Joint Motion to Extend Dispositive Motions and Trial-Related Deadlines (DE 95). Upon review of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Parties shall file all dispositive pre-trial motions and memoranda of law by March 25, 2014.[1] Furthermore, this case is **REMOVED** from the **May 5, 2014** trial calendar, and trial is **RE-SET** for the two-week period beginning **July 14, 2014**. Calendar call is re-set for July 8, 2014 at 11:00 a.m. The parties shall file motions *in limine*, a joint pre-trial stipulation, joint proposed jury instructions, and witness and exhibit lists by June 6, 2014.

**DONE AND ORDERED** in chambers in Miami, Florida, this 28 day of January, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Government Employees Insurance Company already filed its Motion for Summary Judgment on January 24, 2014 (DE 96), and, pursuant to Local Rule 7.1(c)(2), parties may not file multiple motions for summary judgment absent prior permission of the Court.