UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CARLOS CABRERA, individually
and on behalf of all others similarly situated,

   Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, a Maryland
corporation, and BELL, LLC, a Florida
limited liability company,

   Defendants.
_____/

**CLASS ACTION**

**CASE NO.: 12-cv-61390-KMW**

**Mediator's Interim Report to Court**

  Please be advised the mediation continues with ongoing confidential discussions among the parties and their counsel. It is my understanding that an additional two weeks is needed to complete these mediation discussions.

  We appreciate the Court's indulgence and I will file a final report upon the conclusion of our efforts.

                  Respectfully submitted,

                  */s/ Rodney A. Max*

                  Rodney A. Max

UPCHURCH WATSON WHITE & MAX
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via email on this 21st day of March, 2014, to the following:

Jay Edelson, Esquire
Rafey S. Balabanian, Esquire
Benjamin H. Richman, Esquire
Chrisopher Dore, Esquire
Edelson LLC
350 North LaSalle Street Suite 1300
Chicago, IL 60604
312-589-6375 / 312-589-6378
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com
cdore@edelson.com

Scott D. Owens, Esquire
Law Office of Scott D. Owens
664 E. Hallandale Beach Blvd.
Hallandale, FL 33009
954-589-0588
scott@scottdowens.com

Brett L. Lusskin, Esquire
1001 North Federal Highway
Suite 106
Hallandale Beach, FL 33009
954-454-5841
blusskin@lusskinlaw.com

John P. Marino, Esquire
Lindsey R. Trowell, Esquire
E. K. Cottrell, Esquire
Smith Gambrell Russell, LLP
50 N. Laura Street Suite 2600
Jacksonville, FL 32202
904-598-6104 / 904-598-6204
jmarino@sgrlaw.com
ltrowell@sgrlaw.com
ecottrell@sgrlaw.com

David P. Hartnett, Esquire
Barbara Fernandez, Esquire
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Boulevard, 4th Floor
Miami, FL 33134
305-358-7747 / 305-577-1063
dhartnett@hinshawlaw.com
bfernandez@hinshawlaw.com

_____
RODNEY A. MAX