UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

        Defendants.
_____/

**CLASS ACTION**

**CASE NO.: 12-cv-61390-KMW**

**PLAINTIFF'S NOTICE REGARDING AND REQUEST FOR
RULING ON MOTION TO COMPEL**

By Order entered March 27, 2014, Magistrate Judge Barry S. Seltzer (i) denied Plaintiff Carlos Cabrera's Motion to Compel (Dkt. 42) without prejudice in light of the Parties' ongoing settlement discussions, (ii) ordered Plaintiff, should the Parties not resolve the case, to file a notice no later than April 11th informing the Court of the same and requesting that a ruling on his Motion to Compel be issued, and (iii) ordered Plaintiff to separately move this Court for an order extending the schedule of expert disclosure deadlines. (*See* Dkt. 109.) Although the Parties have continued their settlement discussions and are keeping the lines of communication open, they have not yet reached a resolution of the case. As a result, in accordance with Magistrate Judge Seltzer's Order and so as not to delay these proceedings further, Plaintiff hereby respectfully requests that a ruling be issued on his Motion to Compel.

Should the Parties ultimately resolve this case prior to the entry of an order on Plaintiff's Motion to Compel, Plaintiff will promptly inform the Court of the same.

                                                    Respectfully submitted,

                                                    **CARLOS CABRERA**, individually and on behalf of all others similarly situated,

Dated:  April 4, 2014                      By:  _s/ Scott D. Owens_
                                                      One of Plaintiff's Attorneys

                                                  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Scott D. Owens
scott@scottdowens.com
LAW OFFICE OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel: 954.589.0588

Bret Leon Lusskin, Jr.
blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste 106
Hallandale Beach, FL 33009
Tel: 954.454.5841

## **CERTIFICATE OF SERVICE**

     I certify that on April 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF System.


                                                 _s/ Scott D. Owens_
                                                 SCOTT D. OWENS, Esq.