UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61390-CIV-WILLIAMS

CARLOS CABRERA,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, et al.,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Set Revised Schedule (DE 111).

In light of counsel for Plaintiff's failure to successfully meet and confer with counsel for Defendants regarding the Motion, it is **ORDERED AND ADJUDGED** that the Motion (DE 111) is **DENIED WITHOUT PREJUDICE**. Pursuant to Local Rule 7.1(a)(3), the parties are instructed to confer within five (5) days of this Order and make a good faith attempt to resolve Plaintiff's Motion before it is re-filed with the Court.

**DONE AND ORDERED** in chambers in Miami, Florida, this 7 day of April, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE