UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

**CLASS ACTION**

Plaintiff,     **CASE NO.: 12-cv-61390-KMW**

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION AND MEMORANDUM OF LAW
IN SUPPORT OF REQUEST TO SET REVISED BRIEFING SCHEDULE ON
MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**

Plaintiff Carlos Cabrera, by and through his undersigned counsel, hereby respectfully moves the Court for an Order setting a revised briefing schedule on Defendant Government Employees Insurance Company's ("GEICO") pending Motion for Summary Judgment (Dkt. 96) and Defendant Bell LLC's ("Bell") pending Motion to Dismiss and for Final Summary Judgment. (Dkt. 108.) In support of the instant motion, Plaintiff states as follows:

1.     On July 24, 2013, Plaintiff filed his motion to compel Bell to supplement its written discovery responses and produce additional documents and information (the "Motion to Compel"). (Dkt. 42.) The Motion to Compel has now been fully briefed. (*See* Dkts. 42, 56, 64, 101.)

2.     The Parties have also fully briefed Plaintiff's Motion for Class Certification (*see* dkts. 66, 75-76, 78, 88), and engaged in ongoing discussions about the potential resolution of this

matter—including proceeding with two private mediation sessions before third-party neutral Rodney A. Max. (*See* Dkts. 90, 104, 107.)

3. Defendant GEICO filed its Motion for Summary Judgment on January 24, 2014. (Dkt. 96.) On March 25, 2014, Defendant Bell filed its own Motion to Dismiss and for Final Summary Judgment. (Dkt. 108.) The original deadlines for Plaintiff to respond to Defendants' motions are April 8th and April 11th, respectively.

4. By Order entered March 27, 2014, Magistrate Judge Barry S. Seltzer (i) denied Plaintiff's Motion to Compel without prejudice in light of the Parties' ongoing settlement discussions, (ii) ordered Plaintiff, should the Parties not resolve the case, to file a notice no later than April 11th informing the Court of the same and requesting that a ruling on his Motion to Compel be issued, and (iii) ordered Plaintiff to separately move this Court for an order extending the schedule of expert disclosure deadlines. (*See* Dkt. 109.)

5. Since the case has not settled, in accordance with Magistrate Judge Seltzer's Order and so as not to delay these proceedings further, on April 4, 2014, Plaintiff filed a notice requesting that a ruling be issued on his Motion to Compel. (Dkt. 110.)

6. Additionally, Plaintiff moved the Court for an Order setting (i) a revised schedule of expert disclosure deadlines (per Magistrate Seltzer's Order) and (ii) revised briefing schedules on Defendants' motions to dismiss and for summary judgment, pending Magistrate Judge Seltzer's anticipated ruling on the Motion to Compel. (Dkt. 111.)

7. On April 7th, the Court denied Plaintiff's motion to set revised schedules without prejudice and instructed the Parties to confer within five (5) days and attempt to resolve the same. (Dkt. 112.)

8. On April 9th and in accordance with the Court's Order, the Parties met and conferred, through counsel, regarding the requested extensions. As a result, the Parties agreed that Plaintiff would request, and Defendants would not oppose, an extension of the current briefing schedules on Defendants' pending motions so that the motions may be briefed simultaneously. Plaintiff's oppositions would be due no later than April 25, 2014, and Defendants' replies would be due no later than May 9, 2014.

9. The Parties have further agreed that upon the Court's ruling on Plaintiff's Motion for Class Certification and Magistrate Judge Seltzer's ruling on Plaintiff's Motion to Compel, they will further confer (as necessary) regarding the effect (if any) those rulings have on the briefing on Defendants' pending motions and/or the current case schedule.

10. The requested extension of the briefing schedules on Defendants' pending motions will not alter any other deadlines set by the Court, will not unnecessarily delay this case, and will not prejudice any party.

11. In light of the foregoing, Plaintiff respectfully requests that the Court enter an Order setting a revised briefing schedule on Defendants' pending motions such that Plaintiff's oppositions would be due no later than April 25, 2014 and Defendants' replies would be due no later than May 9, 2014.

12. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit 1 hereto.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ." Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings, briefs and other documents for good cause.

*See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

For the reasons described above, good cause exists for, and no party will be prejudiced by, the entering of the requested revised schedule outlined in Paragraph 8, above.

WHEREFORE, Plaintiff Carlos Cabrera respectfully requests that the Court enter an Order setting (i) a revised schedule on Defendant GEICO's Motion for Summary Judgment (Dkt. 96) and Defendant Bell's Motion to Dismiss and for Final Summary Judgment (Dkt. 108), such that Plaintiff's oppositions would be due no later than April 25, 2014 and Defendants' replies would be due no later than May 9, 2014, and (ii) providing such other and further relief as the Court deems reasonable and just.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for the Parties conferred on April 9, 2014 regarding the relief requested herein, and is authorized to state the Defendants have no opposition to such relief.

                                                                Respectfully submitted,

                                                                 **CARLOS CABRERA**, individually and on behalf of all others similarly situated,

Dated: April 9, 2014                        By: *Scott D. Owens*
                                                                One of Plaintiff's Attorneys

        Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Scott D. Owens
scott@scottdowens.com
LAW OFFICE OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel: 954.589.0588

Bret Leon Lusskin, Jr.
blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste 106
Hallandale Beach, FL 33009
Tel: 954.454.5841

## CERTIFICATE OF SERVICE

      I certify that on April 9, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF System.

        *s/ Scott D. Owens*
        SCOTT D. OWENS, Esq.