UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CARLOS CABRERA, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| Plaintiff, | **CASE NO.: 12-cv-61390-KMW** |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, and BELL, LLC, | |
| Defendants. _____/ | |

**[PROPOSED] ORDER**

This matter came before the Court on Plaintiff's Unopposed Motion and Memorandum of Law in Support of Request to Set Revised Briefing Schedule on Motions to Dismiss and for Summary Judgment. The Court being duly advised in the premises, it is

**ORDERED:**

A. The Motion is granted.

B. Plaintiff shall file his oppositions to Defendant GEICO's Motion for Summary Judgment (Dkt. 96) and Defendant Bell's Motion to Dismiss and for Final Summary Judgment (Dkt. 108) no later than April 25, 2014.

C. Defendants' shall file their replies in support of their pending motions no later than May 9, 2014.

DONE and ORDERED in Chambers, in Miami, Florida, this _____ day of April, 2014.

_____
Honorable Kathleen M. Williams