UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  12-CV-61390 WILLIAMS

CARLOS CABRERA, individually and on
behalf of all others similarly situated,,

       Plaintiffs,

vs.                                      Class Action

GOVERNMENT EMPLOYEES INSURANCE
COMPANY,  a MARYLAND
CORPORATION, and BELL, LLC, a Florida
limited liability company,

       Defendant.
_____/

**DEFENDANT BELL, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S RULE 56(D) MOTION TO STAY**

Defendant, BELL, LLC, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby files its Motion for Enlargement of Time to Respond to Plaintiff's Motion for Stay of Briefing On or Denial, Without Prejudice, of Defendants' Motions for Summary Judgment Pending Order on Motion to Compel [DE 115], and as grounds therefore states as follows:

1. On April 25, 2014, Plaintiff filed his Motion for Stay of Briefing On or Denial, Without Prejudice, of Defendants' Motions for Summary Judgment Pending Order on Motion to Compel. [DE 115].

2. Defendant BELL's Response to Plaintiff's Motion to Stay is due May 12, 2014.

3. Due to defense counsel having other conflicting work commitments and given the number of arguments raised by Plaintiff in support of a stay, defense counsel needs additional time to adequately respond to Plaintiff's motion.

4. Defendant BELL needs additional time in order to adequately respond to Plaintiff's motion, and the brief enlargement of time sought is not intended for purposes of improper delay, and no party will be prejudiced as a result of said enlargement.

5. Counsel for Plaintiff has no objection to a one-week enlargement of time, up to and including May 19, 2014, for Defendant BELL to respond to Plaintiff's Motion to Stay.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure permits this Court to enlarge the time for Defendant Bell to respond to Plaintiff's Motion to Stay. [DE 115]. Defendant Bell requests a one-week enlargement of time, up to and including May 19, 2014, for Defendant Bell to respond to Plaintiff's Motion to Stay [DE 115]. Accordingly, Defendant Bell requests this Court enter an Order enlarging the time for Defendant to respond to Plaintiff's Motion to Stay, up to and including May 19, 2014.

*s/Barbara Fernandez*
David P. Hartnett
Florida Bar No. 946631
dhartnett@hinshawlaw.com
Barbara Fernandez
Florida Bar No. 493767
bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, Florida 33134
Tel. No. 305-358-7747
Fax No. 305-577-1063
Attorneys for Bell, LLC

Case No.  12-CV-61390 WILLIAMS/SELTZER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day, in the manner specified below, on all counsel of record identified on the attached Service List.

John P. Marino, Esq.
Edward Cottrell, Esq.
Lindsey R. Trowell, Esq.
Smith, Gambrell, Russell, LLP
50 N. Laura Street - Suite 2600
Jacksonville, FL   32202
jmarino@sgrlaw.com
ecottrell@sgrlaw.com
ltrowell@sgrlaw.com
COUNSEL FOR DEFENDANT, GEICO

Scott D. Owens, Esquire
Law Offices of Scott D. Owens, Esq.
664 East Hallandale Beach Blvd.
Hallandale, FL
Phone:  (954) 589-0588
E-Mail:  scott@scottowens.com
COUNSEL FOR PLAINTIFF

Rafey S. Balabanian, Esq.
Benjamin Richman, Esq.
Christopher L. Dore, Esq.
Edelson McGuire LLC
350 North LaSalle Street - Suite 1300
Chicago, IL  60654
Phone:   312-589-6370
rbalabanian@edelson.com
brichman@edelson.com
cdore@edelson.com
COUNSEL FOR PLAINTIFF

Brett L. Lusskin, Esquire
blusskin@lusskinlaw.com
1001 N. Federal Highway
Suite 106
Hallandale, FL  33009
Phone: (954) 454-5841
Fax: (954) 454-5844
COUNSEL FOR PLAINTIFF

*s/Barbara Fernandez*
    Barbara Fernandez
    Florida Bar No. 493767

3