UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

        Defendants.
_____/

**CLASS ACTION**

**CASE NO.: 12-cv-61390-KMW**

### PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE
### REPLY DEADLINE TO GEICO'S OPPOSITION TO RULE 56(d) MOTION

Plaintiff Carlos Cabrera, by and through his undersigned counsel, and without opposition from Defendant Government Employees Insurance Company ("GEICO"), hereby respectfully moves the Court for an Order continuing the deadline for him to reply to GEICO's opposition to his pending Rule 56(d) Motion (dkt. 116), such that his replies to both GEICO's and Defendant Bell, LLC's oppositions would be due on the same day. In support of the instant motion, Plaintiff states as follows:

        1.     On April 25, 2014, Plaintiff Cabrera filed his Rule 56(d) Motion for Stay of Briefing on or Denial, Without Prejudice, of Defendants' Motions for Summary Judgment Pending Order on Motion to Compel (the "Rule 56(d) Motion"). (Dkt. 115.)

        2.     On May 12, 2014, GEICO filed its response in opposition to Plaintiff's Rule 56(d) Motion. (Dkt. 116.) Pursuant to L.R. 7.1(c)(1)(A), Plaintiff's deadline to file a reply in support of the Rule 56(d) Motion is currently May 22, 2014.

3.  On May 12, 2014, Bell filed an unopposed motion for extension of time to file a response to Plaintiff's Rule 56(d) Motion through and including May 19, 2014 (dkt. 117), which the Court granted. (Dkt. 118.) In accordance with L.R. 7.1(c)(1)(A), Plaintiff's deadline to reply to Bell's anticipated opposition is May 29, 2014.

4.  On May 15, 2014, Plaintiff Cabrera and GEICO met and conferred, through counsel, regarding an extension of Plaintiff's deadline to reply in support of his Rule 56(d) Motion, such that he would simultaneously reply to both Defendants' oppositions in accordance with the briefing schedule on Bell's anticipated opposition set by L.R. 7.1(c)(1)(A). As a result, Plaintiff and GEICO agreed that Plaintiff would request, and GEICO would not oppose, a continuance of the deadline for Plaintiff to reply to GEICO's opposition through and including May 29, 2014.

5.  The requested extension of the briefing schedule on GEICO's pending opposition is made in the interests of efficiency given the similar arguments likely to be raised by both Defendants in opposition to the Rule 56(d) Motion. It will not alter any other deadlines set by the Court, will not unnecessarily delay this case, and will not prejudice any party.

6.  In light of the foregoing, Plaintiff Cabrera respectfully requests that the Court enter an Order continuing his deadline to reply to GEICO's opposition such that it would be due no later than May 29, 2014—the same day as his reply to Bell's anticipated opposition.

7.  Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit 1 hereto.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ." Accordingly, the Court has the discretion and authority to control its docket and

grant extensions of time for the filing of pleadings, briefs and other documents for good cause. *See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

For the reasons described above, good cause exists for, and no party will be prejudiced by, continuing Plaintiff Cabrera's deadline to reply to GEICO's opposition to his Rule 56(d) Motion, as requested in Paragraphs 4 and 6, above.

WHEREFORE, Plaintiff Carlos Cabrera, by and through his undersigned counsel, respectfully requests that the Court enter an Order (i) continuing the deadline for Plaintiff to reply to GEICO's opposition to his Rule 56(d) Motion through and including May 29, 2014, and (ii) providing such other and further relief as the Court deems reasonable and just.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that counsel for Plaintiff Cabrera and GEICO conferred on May 15, 2014 regarding the relief requested herein, and is authorized to state the GEICO has no opposition to such relief.

Respectfully submitted,

**CARLOS CABRERA**, individually and on behalf of all others similarly situated,

Dated: May 19, 2014        By: /s/ Scott D. Owens
                                One of Plaintiff's Attorneys

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300

3

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Scott D. Owens
scott@scottdowens.com
LAW OFFICE OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
Tel: 954.589.0588

Bret Leon Lusskin, Jr.
blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste 106
Hallandale Beach, FL 33009
Tel: 954.454.5841

## CERTIFICATE OF SERVICE

     I certify that on May 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF System.

     /s/ Scott D. Owens
     SCOTT D. OWENS, Esq.

4