UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61390-CIV-WILLIAMS

CARLOS CABRERA,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, et al.,

    Defendants.    /

## ORDER RE-SETTING PRE-TRIAL AND TRIAL SCHEDULE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. In accordance with the rulings made at the status conference held July 8, 2014, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This case is **RE-SET** for trial for the two-week period beginning **December 15, 2014**. Calendar call is **RE-SET** for **December 9, 2014** at 11:00 a.m.

2. Plaintiff shall file a response to Defendant Government Employees Insurance Company's Motion for Summary Judgment (DE 96) by August 1, 2014. Defendant Government Employees Insurance Company shall have until August 8, 2014 to reply to Plaintiff's response.

3. Defendant Bell, LLC shall have until July 22, 2014 to file any objections to the Magistrate Judge's Order on Motion to Compel (DE 125). Plaintiff shall respond to any objections filed by Defendant Bell by August 5, 2014.

4. Plaintiff shall have three weeks from the date the Court resolves the appeal of the Order on Motion to Compel (DE 125) to file its responses to Defendant

Bell, LLC's Motion to Dismiss and for Final Summary Judgment (DE 108) as well as to file any dispositive motions Plaintiff may wish to file.

**DONE AND ORDERED** in chambers in Miami, Florida, this 9th day of July, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE