UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-61390 WILLIAMS

CARLOS CABRERA, individually and on
behalf of all others similarly situated,,

        Plaintiffs,

vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a MARYLAND CORPORATION,
and BELL, LLC, a Florida limited liability
company,

        Defendant.
_____/

## DEFENDANT BELL'S MOTION FOR ONE DAY ENLARGEMENT OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER ON MOTION TO COMPEL

Defendant, BELL, LLC ("BELL"), pursuant to Federal Rules of Civil Procedure 6 and 72(a), 28 U.S.C. 636(c)(1), and Local Magistrate Rule 4(a)(1), hereby moves for a one day enlargement of time to file its objections to the July 3, 2014 Order on Motion to Compel [DE 125], and in support states as follows:

At a recent status and scheduling conference, this Court set July 22, 2014 as the time to file an objection to the Magistrate Judge's Order on Motion Compel. [DE 130].

Undersigned counsel is travelling on business and attempted to file the objection timely. However, due to the internet malfunction of defense counsel's computer, the objection was not filed until after 12:00 midnight on July 22, 2014. [DE 132].

Pursuant to Local Rule 7.1.A.3, undersigned counsel has attempted to confer with Plaintiff's counsel via e-mail regarding this enlargement of time, but due to the late hour of

14958707v1 0938497

making the request under the circumstances, undersigned counsel has not received a response yet.

Plaintiff will not be prejudiced by a one day enlargement of time, up to and including July 23, 2014, in order to file its objections to the July 3, 2014 Order on Motion to Compel, since it was only filed a short time after midnight, and before the start of normal business hours on July 23, 2014.

## **MEMORANDUM OF LAW**

Rule 6(b) of the Federal Rules of Civil Procedure and Local Magistrate Rule 4(a)(1) allows this Court to enlarge the time for Defendant to object to the Order on Motion to Compel. While Bell is endeavoring to complete production of the documents received from GEICO Claims Center, Bell has objected to Order in other respects, including the Magistrate Judge's alteration of the class definition that is in the operative Complaint. The objections have been filed after midnight due to the intermittent failure of undersigned counsel's remote access to the internet while travelling on business. Defendant respectfully submits such constitutes good cause for the short one day extension. Accordingly, Defendant requests that this Court enter an Order enlarging the time by one day and deeming Defendant's Objections to the Magistrate's Order on Motion to Compel timely filed. [DE 132].

WHEREFORE, Defendant Bell LLC respectfully requests this Court to enlarge the time period in which Defendant Bell has to file Defendant's Objections to the Magistrate's Order on

Case No.  12-CV-61390 WILLIAMS/SELTZER

Motion to Compel, up to and including July 23, 2014, and deem Defendant's Objections [DE 132] as timely filed.

Respectfully submitted,

*s/David P. Hartnett*
David P. Hartnett
Florida Bar No. 946631
dhartnett@hinshawlaw.com
Barbara Fernandez
Florida Bar No. 493767
bfernandez@hinshawlaw.com
Hinshaw & Culbertson LLP
2525 Ponce de Leon Boulevard
4th Floor
Coral Gables, Florida 33134
Tel. No. 305-358-7747
Fax No.  305-577-1063
Attorneys for Bell, LLC

Case No. 12-CV-61390 WILLIAMS/SELTZER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day via CM/ECF on all counsel of record identified on the attached Service List.

| | |
|---|---|
| John P. Marino, Esq.<br>Edward Cottrell, Esq.<br>Lindsey R. Trowell, Esq.<br>Smith, Gambrell, Russell, LLP<br>50 N. Laura Street - Suite 2600<br>Jacksonville, FL   32202<br>jmarino@sgrlaw.com<br>ecottrell@sgrlaw.com<br>ltrowell@sgrlaw.com<br>COUNSEL FOR DEFENDANT, GEICO | Scott D. Owens, Esquire<br>Law Offices of Scott D. Owens, Esq.<br>664 East Hallandale Beach Blvd.<br>Hallandale, FL<br>Phone:  (954) 589-0588<br>E-Mail:  scott@scottowens.com<br>COUNSEL FOR PLAINTIFF |
| Rafey S. Balabanian, Esq.<br>Benjamin Richman, Esq.<br>Christopher L. Dore, Esq.<br>Edelson McGuire LLC<br>350 North LaSalle Street - Suite 1300<br>Chicago, IL   60654<br>Phone:   312-589-6370<br>rbalabanian@edelson.com<br>brichman@edelson.com<br>cdore@edelson.com<br>COUNSEL FOR PLAINTIFF | Brett L. Lusskin, Esquire<br>blusskin@lusskinlaw.com<br>1001 N. Federal Highway<br>Suite 106<br>Hallandale, FL  33009<br>Phone: (954) 454-5841<br>Fax: (954) 454-5844<br>COUNSEL FOR PLAINTIFF |

*s/David P. Hartnett*
      David Hartnett

14958707v1 0938497