UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61390-CIV-WILLIAMS

CARLOS CABRERA,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Administrative Motion to File Documents Under Seal (DE 156). Upon consideration of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 25th day of November, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE