UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

        Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

        Defendants.
_____/

CLASS ACTION

CASE NO.: 12-cv-61390-KMW

## ORDER GRANTING MOTION TO UNSEAL SUMMARY JUDGMENT ORDER

This matter came before the Court on Government Employees Insurance Company's ("GEICO") Unopposed Motion and Supporting Memorandum to Unseal the Sealed Order Granting Motion for Summary Judgment (the "Motion"). The Court having considered the unopposed Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

A.    The Motion is granted.

B.    This Court's Sealed Order Granting Motion for Summary Judgment (the "Sealed Order") (Dkt. 146) dated September 17, 2014 shall be unsealed. The Clerk of the Court is directed to make the Sealed Order accessible to the public.

DONE and ORDERED in Chambers, in Miami, Florida, this 25th day of November, 2014.

Honorable Kathleen M. Williams