UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-61390-WILLIAMS/SELTZER

CARLOS CABRERA, individually and on behalf of a
class of all others similarly situated,

    *Plaintiff*,

                   v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation, and BELL,
LLC, a Florida corporation,

    *Defendants*.

_____/

### UNOPPOSED MOTION AND SUPPORTING MEMORANDUM TO EXTEND MOTION DEADLINES

Plaintiff, Carlos Cabrera ("Cabrera" or "Plaintiff"), without opposition from Defendant Bell LLC ("Bell"), hereby respectfully moves the Court (i) to briefly extend Plaintiff's deadline to file a reply in support of his renewed motion for class certification ("Motion for Class Certification") by two (2) days, such that it is due no later than Tuesday, December 23, 2014, and (ii) to extend the briefing schedule on Plaintiff's anticipated motion for summary judgment ("Motion for Summary Judgment") by one (1) week, such that Plaintiff's Motion for Summary Judgment is due no later than December 29, 2014, Bell's opposition to the Motion for Summary Judgment is due no later than January 15, 2015, and Plaintiff's reply in support of the Motion for Summary Judgment is due no later than January 23, 2015. In support of the instant motion, Plaintiff states as follows:

    1.      On November 21, 2014, Plaintiff filed his Motion for Class Certification, and on December 9, 2014, Bell filed its opposition. (Dkts. 157, 167.) Pursuant to Local Rule

7.1(c)(1)(A), Plaintiff's deadline to file a reply in support of his Motion for Class Certification is December 19, 2014.

2. Pursuant to the Court's November 26, 2014 Order, Plaintiff's current deadline to file a dispositive motion is December 22, 2014. (Dkt. 164.)

3. Further and in accordance with the Court's November 26, 2014 Order (Dkt. 164), the Parties scheduled a settlement conference before Judge Simonton on January 27, 2015.

4. Since Defendant filed its opposition to Plaintiff's Motion for Class Certification, Plaintiff has worked diligently to review and respond to its arguments. Notwithstanding, Plaintiff requires a brief two (2) day extension of his current response deadline to complete those efforts.

5. Additionally, given the timing of Plaintiff's deadline to file his reply in support of his Motion for Class Certification and to avoid briefing deadlines falling during the holidays, Plaintiff requests a one (1) week extension of his dispositive motion deadline.

6. The requested extensions will not unnecessarily delay this case or prejudice any party. Indeed, all briefing on Plaintiff's Motion for Class Certification and Motion for Summary Judgment will be completed before the January 27, 2014 settlement conference with Magistrate Judge Simonton.

7. In light of the foregoing, Plaintiff proposes the following revised schedule:

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
| --- | --- | --- |
| *Plaintiff's Deadline to File Reply in Support of Motion for Class Certification* | December 19, 2014 | December 23, 2014 |
| *Plaintiff's Deadline to File Motion for Summary Judgment* | December 22, 2014 | December 29, 2014 |

| *Defendant's Deadline to Oppose Plaintiff's Motion for Summary Judgment* | January 8, 2015 | January 15, 2015 |
|---|---|---|
| *Plaintiff's Deadline to File Reply in Support of Motion for Summary Judgment* | January 19, 2015 | January 23, 2015 |

8. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as Exhibit 1 to this motion.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A) provides that: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires. . . ." Fed. R. Civ. P. 6(b)(1)(A). Accordingly, the Court has the discretion and authority to control its docket and grant extensions of time for the filing of pleadings for good cause. *See id.*; *J.D. Pharm. Distrib., Inc. v. Save-On Drugs and Cosmetics Corp.*, 893 F.2d 1201, 1209 (11th Cir. 1990); *Verizon Trademark Svcs. LLC v. The Producers, Inc.*, 2010 WL 3368790, *1 (M.D. Fla. 2010).

For the reasons described above, good cause exists for, and no party will be prejudiced by, the requested extension.

## RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the Parties have conferred (through counsel) regarding the extensions requested herein and Plaintiff's counsel is authorized to state that Bell does not object to the same.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order (i) granting the instant motion, (ii) extending Plaintiff's deadline to file a reply in support of his Motion for Class Certification to December 23, 2014, (iii) extending the briefing schedule on Plaintiff's

3

Motion for Summary Judgment such that Plaintiff's Motion for Summary Judgment is due no later than December 29, 2014, Defendant's opposition to the Motion for Summary Judgment is due no later than January 15, 2015, and Plaintiff's reply in support of the Motion for Summary Judgment is due no later than January 23, 2015, and (iv) awarding such other and further relief as the Court deems reasonable and just.

                                  Respectfully submitted,

                                  **CARLOS CABRERA**, individually and on behalf of all others similarly situated,

Dated: December 18, 2014        By: */s/ Scott D. Owens*
                                            One of Plaintiff's Attorneys

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Scott D. Owens
scott@scottdowens.com
LAW OFFICE OF SCOTT D. OWENS, ESQ.
3800 S. Ocean Drive, Ste. 235
Hollywood, Florida 33019
Tel: 954.589.0588

Bret Leon Lusskin, Jr.
blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste 106
Hallandale Beach, FL 33009
Tel: 954.454.5841

## **CERTIFICATE OF SERVICE**

      I certify that on December 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF System.

                                                */s/ Scott D. Owens*
                                                SCOTT D. OWENS, Esq.