UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-61390-WILLIAMS/SELTZER

CARLOS CABRERA, individually and on behalf
of a class of all others similarly situated,

    *Plaintiff*,

              v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation, and BELL,
LLC, a Florida corporation,

    *Defendants*.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND MOTION DEADLINES

This matter came before the Court on Plaintiff's Unopposed Motion to Extend Motion Deadlines (the "Motion"). The Court being fully advised in the premises, it is

**ORDERED:**

A.    The Motion is granted.

B.    The motion deadlines are continued as follows:

|  | **CURRENT DEADLINE** | **AMENDED DEADLINE** |
|---|---|---|
| *Plaintiff's Deadline to File Reply in Support of Motion for Class Certification* | December 19, 2014 | December 23, 2014 |
| *Plaintiff's Deadline to File Motion for Summary Judgment* | December 22, 2014 | December 29, 2014 |
| *Defendant's Deadline to Oppose Plaintiff's Motion for Summary Judgment* | January 8, 2015 | January 15, 2015 |

| *Plaintiff's Deadline to File Reply in Support of Motion for Summary Judgment* | January 19, 2015 | January 23, 2015 |

DONE and ORDERED in Chambers, in Miami, Florida, this __18th__ day of December, 2014.

_____
HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE