UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No.: 12-cv-61390-WILLIAMS/SELTZER**

CARLOS CABRERA, individually and on behalf of
a class of all others similarly situated,

    *Plaintiff*,

             v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation, and BELL,
LLC, a Florida corporation,

    *Defendants*.
_____/

## DECLARATION OF BENJAMIN H. RICHMAN

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

    1.    I am an attorney admitted *pro hac vice* in the United States District Court for the Southern District of Florida. I am entering this declaration in support of Plaintiff Carlos Cabrera's Reply in Support of Renewed Motion for Class Certification. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

    2.    I am a partner in the law firm of Edelson PC, which represents the named Plaintiff in this matter, Carlos Cabrera ("Cabrera" or "Plaintiff").

    3.    In response to the Court's December 1, 2014 Order requiring it to further supplement its written discovery responses (dkt. 164 at 1), Defendant Bell LLC ("Bell" or "Defendant") produced an annotated log of the calls it made to Cabrera. In the annotated call log, Bell specifically identifies which of the calls were made through LiveVox and which were manually dialed by placing an "L" for LiveVox or "M" for manual next to each entry.

4. A vast majority of the calls Bell placed to Cabrera were made through the LiveVox dialer. Indeed, Bell specified that 116 of the 131 total calls, or 88.5%, were made by the "Dialer."

\*        \*        \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December 2014 at Chicago, Illinois.

/s/ Benjamin H. Richman