UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61390-CIV-WILLIAMS

CARLOS CABRERA,

    Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the Notice of Settlement from Magistrate Judge Andrea M. Simonton (DE 174), which indicates that the parties have reached a settlement agreement in this matter. Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **February 16, 2015**, the Parties shall file a Joint Stipulation to Dismiss with Prejudice. The Parties are advised that any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), in order for the Court to consider retaining jurisdiction over the settlement agreement.

**DONE AND ORDERED** in chambers in Miami, Florida, this 27th day of January, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE