UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CARLOS CABRERA, individually and on behalf of all others similarly situated, | |
| | **CLASS ACTION** |
| Plaintiff, | **CASE NO.: 12-cv-61390-KMW** |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, and BELL, LLC, | |
| Defendants. _____/ | |

**REPORT OF SETTLEMENT CONFERENCE**

Plaintiff Carlos Cabrera ("Cabrera") and Defendant Bell, LLC ("Bell") (collectively, the "Parties"), by and through their undersigned counsel and pursuant to the Court's Order entered December 1, 2014 (Dkt. 164), hereby notify the Court that with the assistance of Magistrate Judge Simonton they have settled Cabrera's individual claims against Bell in the above-captioned matter. The Parties will file a stipulation of dismissal to that effect no later than February 16, 2015. (*See* Dkt. 175.)

                                                                              Respectfully submitted,

                                                                              **CARLOS CABRERA**,

Dated: February 3, 2015                   By:   */s/ Scott D. Owens*_____
                                                            One of Plaintiff's Attorneys

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Scott D. Owens
scott@scottdowens.com
LAW OFFICE OF SCOTT D. OWENS, ESQ.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Tel: 954.589.0588

Bret Leon Lusskin, Jr.
blusskin@lusskinlaw.com
BRET LUSSKIN, P.A.
1001 N. Federal Hwy, Ste 106
Hallandale Beach, FL 33009
Tel: 954.454.5841

**BELL, LLC**

Dated: February 3, 2015                     By:   */s/ David P. Hartnett*
                                                    One of its Attorneys

David P. Hartnett, Esq. (FBN: 946631)
dhartnett@hinshawlaw.com
Barbara Fernandez (FBN: 493767)
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, Florida 33134
Tel: 305.358.7747
Fax: 305.577.1063

2

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is also being served on this day on the counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF System.

*/s/ Scott D. Owens*_____
Scott D. Owens, Esq.