UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No.: 12-CV-61390-KMW

CARLOS CABRERA,

    Plaintiff,

vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY AND BELL LLC,

    Defendants.             /

**JOINT STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT BELL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and having amicably resolved all matters in controversy between Plaintiff, CARLOS CABRERA, and Defendant BELL LLC, the parties jointly stipulate to a Dismissal With Prejudice of Plaintiff's individual claims against Defendant BELL LLC, and a Dismissal Without Prejudice as to any putative class claims against Defendant BELL LLC, without notice to any putative class members since no class has been certified.  The parties to this Joint Stipulation agree that each party is to bear its own attorney's fees and costs except as otherwise agreed by the parties.

Dated March 6, 2015.

*s/ SCOTT D. OWENS*
Scott D. Owens, Esq.
Patrick Crotty, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
Tel: (954) 589-0588
Fax: (954) 337-0666
Patrick@scottdowens.com
scott@scottdowens.com

Attorneys for Plaintiff

*S/ DAVID P. HARTNETT*
David P. Hartnett
Florida Bar No. 0946631
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd., 4th floor
Coral Gables, FL 33134
Tel. No. 305-358-7747
Fax No.  305-577-1063
dhartnett@hinshawlaw.com
clucas@hinshawlaw.com

Attorney for Bell LLC

<table>
<tr><td>

*S/ BENJAMIN RICHMAN*
Rafey Balabanian, Esq.
Benjamin Richman, Esq.
Christopher L. Dore, Esq.
Edelson PC
350 North LaSalle Street - Suite 1300
Chicago, IL   60654
Tel:   312-589-6370
rbalabanian@edelson.com

Attorneys for Plaintiff

</td><td>

*S/ BRET LUSSKIN*
Bret Lusskin, Esq.
1001 N. Federal Highway
Suite 106
Hallandale, FL   333009
Tel:   954-454-5841
Fax: 954-454-5844
blusskin@lusskinlaw.com

Attorneys for Plaintiff

</td></tr>
</table>

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

CARLOS CABRERA,                                                 Case No12-CV-61390-KMW

        Plaintiff,

vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY AND BELL LLC,

        Defendants.                                   /

**FINAL ORDER OF DISMISSAL OF CLAIMS AGAINST BELL**

    THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE ___ ). The Court has been advised that all individual claims and causes of action asserted by Plaintiff against Defendant BELL have been amicably resolved as recited in the Stipulation. Therefore, it is hereby,

    ORDERED AND ADJUDGED that the Stipulation is APPROVED. The Plaintiff's individual claims against Defendant BELL LLC, are DISMISSED WITH PREJUDICE, and the claims asserted against Defendant BELL LLC on behalf of the alleged putative classes are DISMISSED WITHOUT PREJUDICE, and without notice to any putative class members since no class has been certified. Each party is to bear their own costs and fees except as otherwise agreed by the parties.

    DONE AND ORDERED in the Southern District of Florida this _____ day of _____, 2015.

                                          _____
                                          HONORABLE KATHLEEN M. WILLIAMS
                                          UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record