UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CARLOS CABRERA,                    Case No12-CV-61390-KMW

        Plaintiff,

vs.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY AND BELL LLC,

        Defendants.                    /

**FINAL ORDER OF DISMISSAL OF CLAIMS AGAINST BELL**

**THIS MATTER** is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE 181). The Court has been advised that all individual claims and causes of action asserted by Plaintiff against Defendant BELL have been amicably resolved as recited in the Stipulation. Therefore, it is hereby, **ORDERED AND ADJUDGED** that the Stipulation is **APPROVED**. The Plaintiff's individual claims against Defendant BELL LLC, are **DISMISSED WITH PREJUDICE.** Each party is to bear their own costs and fees except as otherwise agreed by the parties.

**DONE AND ORDERED** in the Southern District of Florida this 9th day of March, 2015.

                                      HONORABLE KATHLEEN M. WILLIAMS
                                      UNITED STATES DISTRICT JUDGE