UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-cv-61390-KMW

CARLOS CABRERA, individually
and on behalf of all others similarly
situated,

        Plaintiff,

vs.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, and
BELL, LLC,

        Defendants.
_____/

**RULE 54(b) FINAL ORDER AND JUDGMENT IN FAVOR OF
GOVERNMENT EMPLOYEES INSURANCE COMPANY**

This matter came before the Court on Government Employees Insurance Company's ("GEICO") Unopposed Motion and Supporting Memorandum to Enter a Federal Rule of Civil Procedure 54(b) Final Judgment (the "Motion"). The Court having considered the Motion and its Sealed Order Granting Motion for Summary Judgment dated September 17, 2014 (Dkt. 146) (the "GEICO Summary Judgment Order), and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. GEICO's unopposed motion for entry of final judgment (DE 152) is **GRANTED.**

2. Final Judgment is entered in GEICO's favor in accordance with the GEICO Summary Judgment Order.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 9th day of March, 2015,

                                                      Honorable Kathleen M. Williams
                                                      United States District Judge